# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No 2047 Disciplinary Docket No. 3 |
| | : | |
| KENNETH A. WISE | : | Board File No. C3-14-92 |
| | : | |
| | : | (Social Security Administration, R-11-13- |
| | : | 001) |
| | : | |
| | : | Attorney Registration No. 16142 |
| | : | (Mifflin County) |

# O R D E R

**PER CURIAM:**

AND NOW, this 17th day of September, 2014, Kenneth A. Wise having been disqualified from the practice of law before the Social Security Administration by Notice of Decision of Disqualification entered October 18, 2013; the said Kenneth A. Wise having been directed on May 16, 2014, to inform this Court of any claim he has that the imposition of the comparable discipline in this Commonwealth of suspension for a period of one year and one day would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Kenneth A. Wise is suspended from the practice of law in this Commonwealth for a period of one year and one day and he shall comply with all the provisions of Rule 217, Pa.R.D.E.